IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | ) | 8:17MJ278 |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | Charging District's Case No.: |
| | ) | 2:05CR189 |
| v. | ) | |
| | ) | |
| JOHN M. LEWIN, | ) | |
| | ) | Magistrate Judge Bazis |
| Defendant. | ) | |

# RULE 32.1 ORDER

A Petition for Offender Under Supervision having been filed in the Northern District of Alabama charging the above-named defendant with violation of conditions of supervised release and the defendant having been arrested in the District of Nebraska, proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P.32.1. The defendant had an initial appearance here in accordance with Fed.R.Cr.P.32.1. Additionally, defendant

(X)   Waived an identity hearing in this district and reserved the right to an identity hearing in the charging district.

(X)   Requested a preliminary examination be held in the charging district as to the cell phone violation and waived a preliminary hearing regarding the child support violation.

(X)   The government moved for detention.

(X)   Knowingly and voluntarily waived a detention hearing in this district and reserved the right to a detention hearing in the charging district.

   Accordingly, it is ordered that the defendant is held to answer in the charging district.

(X)   Defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq. and the U.S. Marshal is commanded to take custody of the above-named defendant and to transport the defendant with a certified copy of this order forthwith to the charging district specified above and there deliver the defendant to the U.S. Marshal for that district or to some other officer authorized to receive the defendant, all proceedings required by Fed.R.Cr.P.32.1 having been completed.

IT IS SO ORDERED.

DATED in Omaha, Nebraska this 11th day of August, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge